1 **GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
2 Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
3 Facsimile: 602-340-1538
Robert D. Haws – 012743
4 rhaws@gustlaw.com
John A. Butzer - 038113
5 jbutzer@gustlaw.com

6 **Attorneys for Defendants**

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF ARIZONA**

| Camdyn Chavez, an individual; Paige Chavez, an individual, | No. |
|---|---|
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, | |
| Defendants. | |

Defendants Kyrene School District No. 28, Jeanette Vesely and James Martin ("Defendants") have been served with Plaintiffs' Complaint and hereby notices the removal of Maricopa County Superior Court Case No. CV2024-013612 to this court.

On or about May 30, 2024, Plaintiffs filed a Complaint against Defendants in the Superior Court of Maricopa County, a court within the District of Arizona. A copy of the

6298768                                1

1  Complaint is attached as Exhibit 1. Defendants Kyrene School District and Martin were
2  served with the summons and Complaint on or around August 19, 2024.  Defendant
3  Vesely was served on or about August 28, 2024.  Plaintiffs' complaint alleges violations
4  of federal law, and as such, this matter is removable. See Exhibit 1, Complaint. This
5  Notice of Removal is filed within thirty days after Plaintiffs filed the Complaint and is
6  therefore timely under 28 U.S.C. § 1446(b)(3).

7  Plaintiffs assert claims under Title VII of the Civil Rights Act of 1964. This Court
8  has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Accordingly, this
9  action may be removed pursuant to 28 U.S.C. § 1441(a).

10  True and complete copies of all remaining pleadings and other documents
11  currently on file with the Maricopa County Superior Court are attached as Exhibit 2. A
12  Notification of Removal to United States District Court, which has been filed in the
13  Superior Court of Maricopa County, is attached as Exhibit 3. A copy of the state court
14  docket is attached as Exhibit 4.

15  Defendants respectfully request that the above action now pending in Arizona
16  Superior Court, Maricopa County be removed to this Court.

17  RESPECTFULLY SUBMITTED this 17th day of September, 2024.

18  GUST ROSENFELD P.L.C.

19
20  By /s/ Robert D. Haws - 012743
    Robert D. Haws
    John A. Butzer
21  Attorneys for Defendants

22  **CERTIFICATE OF SERVICE**

23  I hereby certify that on this 17th day of September, 2024, I electronically
24  transmitted the attached document to the Clerk's Office using the CM/ECF system for
25  filing. Copy mailed to the following:
26  John P. Torgenson

1  Hunter R. Instine
   **TORGENSON LAW**
2  333 W. Roosevelt St.
   Phoenix, AZ  85003
3  jtorgenson@torgensonlaw.com
   hinstine@torgensonlaw.com
4  *Attorneys for Plaintiff*

5

6   /s/ Pauletta Seitz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

6298768                                3