Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez; *et al.* | Case No.: 24-CV-02467-PHX-NJK |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS** |
| Kyrene School District No. 28; *et al.*, | |
| Defendants. | |

Through undersigned counsel, Plaintiffs Camdyn Chavez and Paige Chavez (collectively, "Plaintiffs") hereby give notice that they are now represented in this action by attorneys Sean A. Woods and Robert T. Mills of the law firm Mills + Woods Law, PLLC. Any documents or correspondence intended for Plaintiffs should be directed instead to Mr. Woods and Mr. Mills as follows:

> Sean A. Woods
> swoods@millsandwoods.com
> Robert T. Mills
> rmills@millsandwoods.com
> Mills + Woods Law, PLLC
> docket@millsandwoods.com
> 5055 N 12th St., Ste. 101
> Phoenix, AZ 85014
> 480.999.4556

///

**RESPECTFULLY SUBMITTED** this 26th day of December 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Haws
rhaws@gustlaw.com
John A. Butzer
jbutzer@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E Washington St., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendants*

   */s/ Ben Dangerfield*