Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez; *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>Kyrene School District No. 28; *et al.*,<br><br>Defendants. | Case No.: 24-CV-02467-PHX-NJK<br><br>**NOTICE OF SUBSTITUTION IN AS COUNSEL FOR PLAINTIFFS** |

Through undersigned counsel, Plaintiffs Camdyn Chavez and Paige Chavez (collectively, "Plaintiffs") hereby give notice that Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC are hereby substituted in place of attorneys John Torgenson, Hunter Instine, and the law firm Torgenson Law as their attorneys of record in this action. Any documents or correspondence intended for Plaintiffs should be directed instead to Mr. Woods and Mr. Mills as follows:

Sean A. Woods
swoods@millsandwoods.com
Robert T. Mills
rmills@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 26th day of December 2024.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Haws
rhaws@gustlaw.com
John A. Butzer
jbutzer@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E Washington St., Ste. 1600
Phoenix, AZ 85004
*Attorneys for Defendants*

      */s/ Ben Dangerfield*

2