**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
Facsimile: 602-340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
John A. Butzer – 038113
jbutzer@gustlaw.com
**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, | No. 24-CV-02467 PHX-NJK |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF NON-PARTIES AT FAULT** |
| Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, | |
| Defendants. | |

Defendants Kyrene School District No. 28, Jeanette Vesely, and James Martin (collectively "Defendants"), by and through undersigned counsel, and pursuant to Arizona Civil Rule 26(b)(5), Arizona Revised Statutes §12-2506(B) and Federal Civil Rule 26(a)(1), hereby submit its Notice of Non-Parties at Fault.

6454570.1

1

Defendants notify the Court and all parties that it asserts the fault of Non-Parties:

1) Eddie Chavez

   Current location unknown. Chavez is Camdyn Chavez's father. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10, 14, 15.

2) Kade Schofield, Meridian/Boise, Idaho

   Mr. Schofield was Camdyn Chavez' former boyfriend and caused or contributed to each Plaintiff's alleged injuries based on the conduct Plaintiffs accuse him of in their disclosure statement and answers to Defendant's discovery requests, including but not limited to NUI 10, 16.

3) Marcello Lane, Ahwatukee, Arizona

   Lane was a former acquaintance of Camdyn Chavez and caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

4) Brayden Hove

   Current location unknown. Hove was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

5) Marcus Stevens

   Current location unknown. Stevens was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the

conduct Plaintiffs accuse him of in their Complaint including ¶¶ 69, 167, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

6) Mason Spain

Current location unknown. Spain was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint including ¶¶ 67, 69, 79, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

7) Gabe Carrizoza

Current location unknown. Carrizoza was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint including ¶¶ 67, 69, 78, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

8) Mason Pio

Current location unknown. Pio was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶¶ 67, 69, 86, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

9) Garret Groff

Current location unknown. Groff was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶¶ 63, 69, their

disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

10) Samuel K. Kalstrom

Current location unknown. Kalstrom was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶ 66, their disclosure statements and answers to Defendants' discovery requests including but not limited to NUI 10, 12.

11) Matthew P. Braun

Current location unknown. Braun was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

12) Jaxson G. Buscaglio

Current location unknown. Buscaglio was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶66, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

13) Jaden Logan

Current location unknown. Logan was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶¶ 54, 55, 61, 62, 133, 138, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10, 12.

14) Brandon Larson (Larsen)

Current location unknown. Larson (Larsen) was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶¶ 64, 65, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

15) Ethan Bate

Current location unknown. Bate was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶¶ 64, 65, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

16) Tristan E. Guerinot

Current location unknown. Guerinot was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶ 59, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

17) Paulo Padilla

Current location unknown. Padilla was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint at ¶ 128, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

18) Decon C. Miller

Current location unknown. Miller was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

19) Alana Tudor Trotter

Current location unknown. Trotter was a former classmate of Camdyn Chavez. She caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse her of in their Complaint at ¶ 133, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10, 17.

20) Carter Holt

Current location unknown. Holt was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

21) Mason Montgomery

Current location unknown. Montgomery was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

22) Michael Conte

Current location unknown. Conte was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

23) Ty Hernlig

Current location unknown. Hernlig was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

24) Carson Groff

Current location unknown. Groff was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

25) Seth Calderon

Current location unknown. Calderon was a former classmate of Camdyn Chavez. He caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse him of in their Complaint, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

26) John and Jane Doe Students

Current identities and locations unknown. John and Jane Doe Students were former classmates of Camdyn Chavez. Each caused or contributed to each Plaintiff's injuries based on the conduct Plaintiffs accuse them of in their Complaint at ¶¶ 57, 58, 61, 62, 64, 66, 67, 68, 69, 70, 77, 83, 84, 85, 99, 100, their disclosure statements and answers to Defendants' discovery requests, including but not limited to NUI 10.

RESPECTFULLY SUBMITTED this 18th day of February, 2025.

GUST ROSENFELD P.L.C.

By /s/ Robert D. Haws – 012743
Robert D. Haws
John A. Butzer
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

/s/ Linda T. Swienski

6454570.1

8