**GUST ROSENFELD** P.L.C.
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
Facsimile: 602-340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
John A. Butzer – 038113
jbutzer@gustlaw.com
**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, | No. 24-CV-02467 PHX-NJK |
| Plaintiffs, | **NOTICE OF INTENT TO SERVE SUBPOENA** |
| v. | |
| Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, | |
| Defendants. | |

NOTICE IS HEREBY PROVIDED that, pursuant to Fed. R. Civ. P. 45,

Defendants intend to serve the following Subpoenas to Produce Documents,

Information or Objects in a Civil Action:

1.    United States Department of Education – Office of Civil Rights

2.    Timberline Knolls Residential Treatment Center

3.    Sonora Quest Laboratories

4.  Transitions Counseling Intensive Outpatient Program

5.  TLC Pediatrics

6.  Southwest Diagnostic Imaging

7.  The Empowerment Group

8.  Redemption Psychiatry

9.  GC on Ray

10.  Aurora Behavioral Health

11.  Oasis Behavioral Health Inpatient

12.  Quality Medical Imaging

13.  Progressive Medical Associates

14.  Phoenix Fire Department

15.  Gilbert Counselors

16.  Edward-Elmhurst Health Hospital

17.  Centre for Middle Ground

18.  Banner Desert Medical Center

19.  Banner Behavioral Health Hospital

20.  American Medical Response

21.  Advanced Inpatient Medicine

22.  Valley of the Sun YMCA (YMCA Montessori Pre-School)

23.  Horizon Charter School

24.  Mesa Unified School District (Mountain View High School)

25.  Humanities and Science Academy of the United States – International Commerce Secondary School

26.  Tempe Union High School District (Desert Vista High School)

DATED this 23rd day of April, 2025.

GUST ROSENFELD P.L.C.

By */s/ Robert D. Haws – 012743*
Robert D. Haws
John A. Butzer
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

*/s/ Pauletta Seitz*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, at al. | ) | |
| *Plaintiff* | ) | Civil Action No.   24-CV-02467-PHX-NJK |
| v. | ) | |
| Kyrene School District No. 28, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  United States Department of Education - Office of Civil Rights
1244 Speer Blvd., Ste. 310, Denver, CO 80204

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire investigation file related to harassment claims made by Camdyn Chvez against the Kyrene School District No. 28

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, Arizona 85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

| CLERK OF COURT | | |
|---|---|---|
| _____ | OR | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____, who issues or requests this subpoena, are:
Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, Paige Chavez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                    Timberline Knolls Residential Treatment Center

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-15-25

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, Paige Chavez | ) | |
| *Plaintiff* | ) | Civil Action No.  4:24-cv-02467-PHX-NJK |
| v. | ) | |
| Kyrene School District No. 28, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Sonora Quest Laboratories

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

CLERK OF COURT

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                           Transitions Counseling Intensive Outpatient Program

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                                         TLC Pediatrics

_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-18-25

|   *CLERK OF COURT* | | |
|---|---|---|
| _____ | OR | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   4:24-cv-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          Southwest Diagnostic Imaging

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
       All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>       One East Washington Street, Suite 1600<br>       Phoenix, AZ  85004 | Date and Time:<br><br>       05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

       The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-15-25

CLERK OF COURT

                                                        OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 4:24-cv-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          The Empowerment Group
_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-15-25

CLERK OF COURT

_____          OR          _____

*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                       Redemption Psychiatry

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

     All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>     One East Washington Street, Suite 1600<br>     Phoenix, AZ  85004 | Date and Time:<br><br>     05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-15-25

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     GC on Ray
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
    All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>    One East Washington Street, Suite 1600<br>    Phoenix, AZ  85004 | Date and Time:<br><br>    05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-15-25

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:
Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, Paige Chavez | ) | |
| *Plaintiff* | ) | Civil Action No.  4:24-cv-02467-PHX-NJK |
| v. | ) | |
| Kyrene School District No. 28, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                         Aurora Behavioral Health

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

CLERK OF COURT

_____         OR         _____
        *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   4:24-cv-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                         Oasis Behavioral Health Inpatient

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
     All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 | |
| Phoenix, AZ  85004 | 05/20/2025 5:00 pm |

❏ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-15-25

CLERK OF COURT

_____              OR      _____
Signature of Clerk or Deputy Clerk                          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No. 4:24-cv-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:               Quality Medical Imaging

_____

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 | |
| Phoenix, AZ 85004 | 05/20/2025 5:00 pm |

❏ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _4-15-25_

CLERK OF COURT

OR

_____        _____
_Signature of Clerk or Deputy Clerk_                _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Kyrene School District No. 28 et al._____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.   4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                            Progressive Medical Associates
_____
_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
        All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 Phoenix, AZ  85004 | 05/20/2025 5:00 pm |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-18-25

          CLERK OF COURT
                                          OR
_____           _____
_Signature of Clerk or Deputy Clerk_                _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Kyrene School District No. 28 et al._____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                  Phoenix Fire Department

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 | |
| Phoenix, AZ  85004 | 05/20/2025 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-18-25

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | )<br>) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | )<br>) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     Gilbert Counselors

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

     All medical treatment, psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>     One East Washington Street, Suite 1600<br>     Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     4-15-25

| CLERK OF COURT | | |
|---|---|---|
| | OR | *Ross F Haws* |
| _____<br>*Signature of Clerk or Deputy Clerk* | | _____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, Paige Chavez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                       Edward-Elmhurst Health Hospital

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ 85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-15-25

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al._____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          Centre for Middle Ground

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
  All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

CLERK OF COURT

OR _____
_____          _____
    *Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:
Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| Camdyn Chavez, Paige Chavez | ) | |
| *Plaintiff* | ) | Civil Action No.   4:24-cv-02467-PHX-NJK |
| v. | ) | |
| Kyrene School District No. 28, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                         Banner Desert Medical Center
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    4-15-25

_____    OR    _____
*CLERK OF COURT*

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al._____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     Banner Behavioral Health Hospital
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
    All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 Phoenix, AZ  85004 | 05/20/2025 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-15, 25

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  4:24-cv-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                 American Medical Response

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ  85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-15-25

CLERK OF COURT
                                                              OR
_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al. _____, who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Arizona

| | |
|---|---|
| Camdyn Chavez, Paige Chavez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:24-cv-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              Advanced Inpatient Medicine
_____

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All medical treatment. psychological treatment, and billing records for Camdyn Chavez, DOB: 06/14/2005

| Place: Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, AZ 85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-15-25

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28 et al._____ , who issues or requests this subpoena, are:

Rob Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7976 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Camdyn Chavez, at al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   24-CV-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Valley of the Sun YMCA (YMCA Montessori Pre-School)
             350 1st Avenue, Phoenix, AZ 85003

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire student file(s) for Camdyn Chavez (DOB 06/14/2005) including enrollment, attendance, transcripts, discipline records, notes, and all other materials.

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC One East Washington Street, Suite 1600 Phoenix, Arizona 85004 | Date and Time: 05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   4-16-25

CLERK OF COURT

                                                                OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____, who issues or requests this subpoena, are:
Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, at al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  24-CV-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                     Horizon Charter School
                 16233 South 48th Street, Phoenix, AZ 85048

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire student file(s) for Camdyn Chavez (DOB 06/14/2005) including enrollment, attendance, transcripts, discipline records, notes, and all other materials.

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC One East Washington Street, Suite 1600 Phoenix, Arizona 85004 | Date and Time: 05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-16-25

CLERK OF COURT

                                                                OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____ , who issues or requests this subpoena, are:
Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, at al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    24-CV-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Mesa Unified School District (Mountain View High School)
             549 North Stapley Drive #4, Mesa, AZ 85203

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire student file(s) for Camdyn Chavez (DOB 06/14/2005) including enrollment, attendance, transcripts, discipline records, notes, and all other materials.

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 Phoenix, Arizona 85004 | 05/20/2025 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-16-25

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____, who issues or requests this subpoena, are:

Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Camdyn Chavez, at al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24-CV-02467-PHX-NJK |
| Kyrene School District No. 28, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Humanities and Science Academy of the United States - International Commerce Secondary School
1105 East Broadway Road, Tempe, AZ 85282

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire student file(s) for Camdyn Chavez (DOB 06/14/2005) including enrollment, attendance, transcripts, discipline records, notes, and all other materials.

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC<br>One East Washington Street, Suite 1600<br>Phoenix, Arizona 85004 | Date and Time:<br><br>05/20/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4-16-25

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____, who issues or requests this subpoena, are:

Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Camdyn Chavez, at al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Kyrene School District No. 28, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    24-CV-02467-PHX-NJK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:       Tempe Union High School District (Desert Vista High School)
          500 West Guadalupe Road, Tempe, AZ 85283

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Your entire student file(s) for Camdyn Chavez (DOB 06/14/2005) including enrollment, attendance, transcripts, discipline records, notes, and all other materials.

| Place: Robert D. Haws, Esq. Gust Rosenfeld, PLC | Date and Time: |
|---|---|
| One East Washington Street, Suite 1600 | |
| Phoenix, Arizona 85004 | 05/20/2025 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4-16-25

CLERK OF COURT

OR _____

_____                    _____
   *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kyrene School District No. 28, et al. _____, who issues or requests this subpoena, are:

Robert Haws Gust Rosenfeld PLC 1 E Washington St Ste 1600 Phoenix AZ 85004 602-257-7422 rhaws@gustlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).