Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>    Defendants. | Case No.: CV-24-02467-PHX-NJK<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Hon. Magistrate Nancy J. Koppe) |

THE COURT, having reviewed "Plaintiffs' Motion to Extend Deadlines (First Request)" ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1. The last day to join parties, amend pleadings, and file supplemental pleadings, from May 6, 2025 to **August 6, 2025**;

2. The discovery deadline, from October 10, 2025 to no later than **January 9, 2026**;

3. The last day for Plaintiffs to provide full and complete expert disclosures, from June 20, 205 to **September 19, 2025**;

4. The last day for Defendants to provide full and complete expert disclosures, from August 8, 2025 to **November 7, 2025**;

5. The last day to serve rebuttal expert disclosures, from September 4, 2025 to **December 4, 2025**;

6. The last day to complete expert depositions, from October 24, 2025 to **January 23, 2026**;

7. The last day to file dispositive motions, from December 19, 2025 to **March 19, 2026**;

8. The last day to meet in person and engage in good faith settlement talks, from October 24, 2025 to **January 23, 2026**.