# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

Camdyn Chavez, et al.,

    Plaintiff(s),

v.

Kyrene School District No. 28, et al.,

    Defendant(s).

Case No. 2:24-cv-02467-PHX-NJK[1]

**ORDER**

Pending before the Court is Plaintiffs' motion to revive and extend case management deadlines. Docket No. 30. It appears that Defendants plan to oppose the motion. *See id.* at 3. The Court herein shortens the briefing schedule. *See* LRCiv 7.2(c), (d). The response to this motion must be filed by June 30, 2025. Any reply must be filed by July 1, 2025.

IT IS SO ORDERED.

Dated: June 27, 2025

                                                                        Nancy J. Koppe
                                                                        United States Magistrate Judge

---

[1] The parties consented to have a magistrate judge conduct all further proceedings, including trial, entry of final judgment, and all post-judgment proceedings. Docket No. 8. On October 17, 2024, the undersigned magistrate judge was assigned to the case. Docket No. 13.