**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
Facsimile: 602-340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
John A. Butzer – 038113
jbutzer@gustlaw.com
**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | No. 24-CV-02467 PHX-NJK<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants hereby give notice that they served Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents, Defendants' Responses to Plaintiffs' First Set of Interrogatories and Defendants' Second Supplemental Disclosure Statement on Plaintiffs' counsel by email on July 2, 2025.

6352307.4

1

RESPECTFULLY SUBMITTED this 3rd day of July, 2025.

            GUST ROSENFELD P.L.C.

            By */s/ Robert D. Haws – 012743*
              Robert D. Haws
              John A. Butzer
              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

 /s/ Pauletta Seitz

6352307.4

2