**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
Facsimile: 602-340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
John A. Butzer – 038113
jbutzer@gustlaw.com
**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>        Defendants. | No. 24-CV-02467 PHX-NJK<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants hereby give notice that they served Defendants' Fifth Supplemental Disclosure Statement on Plaintiffs' counsel by email on November 6, 2025.

RESPECTFULLY SUBMITTED this 13th day of November, 2025.

                                              GUST ROSENFELD P.L.C.

                                              By */s/ Robert D. Haws – 012743*
                                                  Robert D. Haws
                                                  John A. Butzer
                                                  Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*


 /s/ Pauletta Seitz

6352307.7

2