**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
Facsimile: 602-340-1538
Robert D. Haws – 012743
rhaws@gustlaw.com
John A. Butzer – 038113
jbutzer@gustlaw.com
**Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | No. 24-CV-02467 PHX-NJK<br><br>**AMENDED NOTICE OF DEPOSITION OF DR. ERIN NELSON** |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 30, Federal Rules of Civil Procedure, the deposition may be taken upon oral examination of the person whose name is stated below at the time and place stated below before a court reporter authorized by law to administer oaths.

7842085.2

1

| | |
|---|---|
| **Person to be Examined**: | Dr. Erin Nelson |
| **Date & Time of Deposition**: | Thursday, December 4, 2025, at 8:00 am |
| **Place of Deposition**: | Gust Rosenfeld P.L.C.<br>One E. Washington, Suite 1600<br>Phoenix, Arizona  85004 |
| **Court Reporter:** | Coash Court Reporting |

DATED this November 17, 2025.

GUST ROSENFELD P.L.C.

By */s/ Robert D. Haws - 012743*
  Robert D. Haws
  John A. Butzer
  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*


 */s/ Pauletta J. Seitz*

7842085.2

2