1 | **GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
2 | Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
3 | Facsimile: 602-340-1538
Robert D. Haws – 012743
4 | rhaws@gustlaw.com
John A. Butzer – 038113
5 | jbutzer@gustlaw.com
**Attorneys for Defendants**
6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, | No. 24-CV-02467 PHX-NJK |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |
| Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, | **(Second Request)** |
| Defendants. | |

Plaintiffs, Camdyn Chavez and Paige Chavez, and Defendants Kyrene School District No. 28, Jeanette Vesely and James Martin, pursuant to LRCiv 73, respectfully request that the Court modify its Order (Doc. 34), by extending the deadline for Dispositive Motions by approximately sixty (60) days.

The parties request the extension to participate in private mediation scheduled for February 9, 2026 (the first available date) with Michael Murphy.

7896067.1                                    1

The parties make this request in good faith and not for any improper purpose or to unnecessarily delay these proceedings but to allow for the mediation to occur prior to filing dispositive motions and incurring all the expense related thereto.

Accordingly, the parties jointly request that the Court modify its previous Order (Doc. 34) by providing a sixty (60) day extension.

RESPECTFULLY SUBMITTED this 19th day of December, 2025.

> GUST ROSENFELD P.L.C.
>
> By */s/ Robert D. Haws – 012743*
>    Robert D. Haws
>    John A. Butzer
>    Attorneys for Defendants
>
> MILLS + WOODS LAW, PLLC
>
> By */s/ Sean A. Woods – w/permission*
>    Robert T. Mills
>    Sean A. Woods
>    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*


 */s/ Pauletta Seitz*

7896067.1                                       2