IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | No. 24-CV-02467 PHX-NJK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER (SECOND)** |

The Court has considered the parties' Joint Stipulation to Modify Scheduling Order (Second Request).

**IT IS ORDERED** granting the Joint Stipulation to Modify Scheduling Order (Second Request).

**IT IS FURTHER ORDERED** that the Order (Doc. 34) shall be modified as follows:

7896878.1

1

1. The deadline for filing dispositive motions shall be extended from January 20, 2026 to March 20, 2026.