Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | Case No.: CV-24-02467-PHX-NJK<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs hereby give notice that this same day they served their Sixth Supplemental Disclosure Statement to Defendants via email to their counsel.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 2nd day of February 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Haws
rhaws@gustlaw.com
pseitz@gustlaw.com
John A. Butzer
jbutzer@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E Washington St., Ste. 1600
Phoenix, AZ 85004-2553
(602) 257-7422
*Attorneys for Defendants*

    */s/ Ben Dangerfield*

2