1  **GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
2  Phoenix, Arizona 85004-2553
Telephone: 602-257-7422
3  Facsimile: 602-340-1538
Robert D. Haws – 012743
4  rhaws@gustlaw.com
John A. Butzer – 038113
5  jbutzer@gustlaw.com
**Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadena Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | No. 24-CV-02467 PHX-NJK<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

The parties hereby jointly submit a case status report in response to the Court's recent Order. (Doc. 46). The recent mediation was successful. The parties reached a settlement and are finalizing the settlement agreement. The parties expect to complete that process and file a joint stipulation to dismiss this case with prejudice within the next 30 days.

7954539.1                                    1

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

            MILLS + WOODS LAW, PLLC

            By <u>*/s/ Sean A. Woods – w/permission*</u>
              Robert T. Mills
              Sean A. Woods
              Attorneys for Plaintiffs

            GUST ROSENFELD P.L.C.

            By <u>*/s/ Robert D. Haws - 012743*</u>
              Robert D. Haws
              John A. Butzer
              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing with electronic transmittal to the following:

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 101
Phoenix, AZ  85014
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*


 <u>/s/  Pauletta J. Seitz                              </u>

7954539.1                     2