# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Camdyn Chavez, et al.,

    Plaintiff(s),

v.

Kyrene School District No. 28, et al.,

    Defendant(s).

Case No. 2:24-cv-02467-PHX-NJK[1]

**ORDER**

Given the notice of settlement, Docket No. 50, the Court **VACATES** the dispositive motion deadline. Dismissal papers must be filed by March 20, 2026.

IT IS SO ORDERED.

Dated: February 19, 2026

                              Nancy J. Koppe
                              United States Magistrate Judge

---

[1] The parties consented to have a magistrate judge conduct all further proceedings, including trial, entry of final judgment, and all post-judgment proceedings. Docket No. 8. On October 17, 2024, the undersigned magistrate judge was assigned to the case. Docket No. 13.