Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, <br><br> Defendants. | Case No.: CV-24-02467-PHX-NJK <br><br> **PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO FILE DISMISSAL PAPERS** <br><br> (First Request) <br><br> (Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

Through undersigned counsel and pursuant to Rule 7.3 of the local Rules of Civil Procedure and this Court's February 19, 2026 Order, Plaintiffs Camdyn Chavez and Paige Chavez (collectively, "Plaintiffs") hereby move for a thirty-day extension of the deadline to file dismissal papers. Though a Settlement was reached, it has not yet been fully completed. Plaintiffs surmise that an additional thirty days will provide sufficient time for that to occur, whereupon the parties will file a proper Notice of Dismissal. Plaintiffs were not able to determine Defendants' position on this Motion by the time of filing.

**RESPECTFULLY SUBMITTED** this 20th day of March 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Haws
rhaws@gustlaw.com
pseitz@gustlaw.com
John A. Butzer
jbutzer@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E Washington St., Ste. 1600
Phoenix, AZ 85004-2553
(602) 257-7422
*Attorneys for Defendants*

     */s/ Ben Dangerfield*