MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X,<br><br>Defendants. | Case No.: CV-24-02467-PHX-NJK<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERS**<br><br>(Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

THE COURT, having reviewed "Plaintiffs' Motion for Extension of Deadline to File Dismissal Papers" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Dismissal Papers shall be filed no later than April 20, 2026.