**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Camdyn Chavez, et al., | Case No. 2:24-cv-02467-PHX-NJK[1] |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 52] |
| Kyrene School District No. 28, et al., | |
| Defendant(s). | |

For good cause shown, the Court GRANTS the motion to extend the deadline to file dismissal papers.  Accordingly, dismissal papers must be filed by April 20, 2026.

IT IS SO ORDERED.

Dated: March 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties consented to have a magistrate judge conduct all further proceedings, including trial, entry of final judgment, and all post-judgment proceedings.  Docket No. 8.  On October 17, 2024, the undersigned magistrate judge was assigned to the case.  Docket No. 13.

1