Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, <br><br> Defendants. | Case No.: CV-24-02467-PHX-NJK <br><br> **PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO FILE DISMISSAL PAPERS** <br><br> (Second Request) <br><br> (Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

Through undersigned counsel and pursuant to Rule 7.3 of the local Rules of Civil Procedure and this Court's February 19, 2026 Order, Plaintiffs Camdyn Chavez and Paige Chavez (collectively, "Plaintiffs") hereby move for a second thirty-day extension of the deadline to file dismissal papers. One previous thirty-day extension of this deadline was sought and granted.

Good cause exists for same. The parties' settlement of this action still has not yet been fully completed and finalized. Plaintiffs believe that an additional thirty days should

provide sufficient time for that to occur, whereupon the parties will file a proper Notice of Dismissal. Plaintiffs were not able to determine Defendants' position on this Motion by the time of filing.

**RESPECTFULLY SUBMITTED** this 20th day of April 2026.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Haws
rhaws@gustlaw.com
pseitz@gustlaw.com
John A. Butzer
jbutzer@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E Washington St., Ste. 1600
Phoenix, AZ 85004-2553
(602) 257-7422
*Attorneys for Defendants*

 /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2