MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, <br><br> Defendants. | Case No.: CV-24-02467-PHX-NJK <br><br> **[PROPOSED] ORDER EXTENDING DEADLINE TO FILE DISMISSAL PAPERS** <br><br> (Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

THE COURT, having reviewed "Plaintiffs' Motion for Extension of Deadline to File Dismissal Papers (Second Request)" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Dismissal Papers shall be filed no later than May 20, 2026.