# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Camdyn Chavez, et al.,

     Plaintiff(s),

v.

Kyrene School District No. 28, et al.,

     Defendant(s).

Case No. 2:24-cv-02467-PHX-NJK[1]

**ORDER**

[Docket No. 54]

The parties filed a notice of settlement two months ago, in which they indicated that 30 days were needed to file dismissal papers. Docket No. 50. After having already received an extension, Plaintiffs now move for a second extension based on conclusory reasoning that the parties are still finalizing settlement. Docket No. 54.[2] As a one-time courtesy, the Court will **GRANT** this motion and allow another extension of the dismissal deadline to May 20, 2026. The Court is not inclined to extend this deadline again.

IT IS SO ORDERED.

Dated: April 21, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties consented to have a magistrate judge conduct all further proceedings, including trial, entry of final judgment, and all post-judgment proceedings. Docket No. 8. On October 17, 2024, the undersigned magistrate judge was assigned to the case. Docket No. 13.

[2] As with the prior extension request, the instant motion indicates that "Plaintiffs were not able to determine Defendants' position on this Motion by the time of filing." *Id.* at 2. No elaboration is provided and such assertion is puzzling given that the parties are jointly endeavoring to finalize settlement and file dismissal papers.

1