Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Camdyn Chavez, an individual; Paige Chavez, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> Kyrene School District No. 28, a political subdivision of the State of Arizona; Jeanette Vesely, individually and in her official capacity as Superintendent of Kyrene School District No. 28; James Martin, individually and in his official capacity as the former principal of Kyrene Altadeña Middle School and as an employee of Kyrene School District No. 28; Does I-X and ABC Corporations I-X, <br><br> Defendants. | Case No.: CV-24-02467-PHX-NJK <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> (Assigned to the Hon. Magistrate Judge Nancy J. Koppe) |

Through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree to the dismissal with prejudice of each and every claim by Plaintiffs against each and every remaining Defendant in this action, every party to bear its own costs and attorneys' fees.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 21st day of May 2026.

MILLS + WOODS LAW, PLLC


By___*/s/ Sean A. Woods*_____
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

GUST ROSENFELD P.L.C.


By___*/s/ Robert D. Haws (w/ permission)*
     Robert D. Haws
     John A. Butzer
     One E Washington St., Ste. 1600
     Phoenix, AZ 85004-2553
     *Attorneys for Defendants*

The Court GRANTS the stipulation to dismiss.  The Clerk's Office is INSTRUCTED to close this case.
IT IS SO ORDERED.
Dated:  May 21, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2